

**JENNIFER A. PERRY**
E-Mail: jap@cbknlaw.com
Telephone Extension: 3439

September 18, 2007

Clerk
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Banner & Witcoff, Ltd. v. Morse Enterprises Limited, Inc, Case No. 07CV01310

Dear Clerk:

Attached for filing with the Court in the Return of Service from our process server, evidencing service on the Defendant on September 4, 2007.

Very truly yours,

Jennifer A. Perry
Litigation Paralegal

Enclosure

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Banner & Witcoff, Ltd.
1001 G Street, N.W.
Washington, D.C. 20001-4597

**SUMMONS IN A CIVIL CASE**

V.

Morse Enterprises Limited, Inc.
200 West Welbourne Avenue, 47
Winter Park, FL 32789

Serve on: Gerald O'Connor, CEO
Registered Agent
200 West Welbourne Avenue
Winter Park, FL 32789

CASE

Case: 1:07-cv-01310
Assigned To : Huvelle, Ellen S.
Assign. Date : 7/20/2007
Description: Contract

TO: (Name and address of Defendant)

Morse Enterprises Limited, Ltd.
200 West Welbourne Avenue, #7
Winter Park, Fl. 32789

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter F. Axelrad, Esquire
Council, Baradel, Kosmerl & Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Md. 21401

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUL 20 2007
CLERK                                       DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9-4-07 @ 3:40 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Linda Moran | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

_____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

_____

☒ Other (specify): By serving Gerald O'Connor, Registered Agent, authorized to accept. Service was completed at 200 West Welbourne Avenue, Suite 7, Winter Park, FL 32789

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-7-07
             Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
Address of Server

* Notice of Right to Consent to Trial Before a United Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.