UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1310 (ESH) |
| ) | |
| **MORSE ENTERPRISES LIMITED, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

While proof of service of process in this case was accomplished on September 19, 2007, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 27th day of September, 2007, hereby

**ORDERED** that by no later than October 11, 2007, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 27, 2007