UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD** ) | |
| ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 07-1310 (ESH) |
| ) | |
| **MORSE ENTERPRISES LIMITED, INC.** ) | |
| ) | |
|     **Defendant** | |

### REQUEST FOR ENTRY OF DEFAULT AND APPLICATION FOR JUDGMENT

DEAR CLERK,

Banner & Witcoff, Ltd., Plaintiff, by and through Peter F. Axelrad, Matthew S. Evans, III, and Council, Baradel, Kosmerl & Nolan, P.A., its counsel and pursuant to F.R.C.P. 55(a) and (b)(1), hereby files this Request for Entry of Judgment by Default in the amount of $284,060.20, plus costs against Morse Enterprises Limited, Inc. ("Morse"), Defendant, and for cause states:

    1.    The Complaint in this matter was filed on July 20, 2007. See Docket Entry No. 1.

    2.    On September 4, 2007, the Summons and Complaint were served upon the Defendant by service upon Defendant's resident agent. See Docket Entry 3.

    3.    Accordingly, Defendant was required to file its response to the Complaint on or before September 24, 2007. See Docket Entry No. 3.

    4.    The Defendant, a body corporate, has failed and/or refused to file a response.

5. On September 27, 2007, three days after the time for Defendant to respond expired, this Honorable Court entered an Order requiring that "plaintiff shall cause default to be entered and apply for entry of judgment thereon". See Docket Entry No. 4.

6. Accordingly, Plaintiff hereby files this Request for Entry of Default and Application for Judgment.

7. The Federal Rules dictate that "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default." F.R.C.P. 55(a).

8. The Federal Rules further dictate "When the plaintiff's claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk, upon request of the plaintiff and upon affidavit of the amount due shall enter judgment for that amount and costs against the defendant if the defendant has been defaulted for failure to appear…" F.R.C.P. 55(b)(1).

9. The amount of the claim is for a sum certain, namely, $284,060.20.

10. An Affidavit in support of this Request is attached hereto.

WHEREFORE, Banner & Witcoff, Ltd., Plaintiff, hereby requests that the Clerk enter Defendant's default in this matter for its failure to plead as required under the rules and enter a judgment against defendant in favor of the Plaintiff in the amount of $284,060.20, plus costs.

Respectfully submitted,

_____/S/_____
Peter F. Axelrad
Bar No. 442431
Matthew S. Evans, III,
Bar No. 478556
Council, Baradel, Kosmerl
& Nolan, P.A.
125 West Street, 4th Floor
Annapolis, Maryland 21401
Annap. (410) 268-6600
D.C. (301) 261-2247

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BANNER & WITCOFF, LTD              )
                                    )
                                    )
      **Plaintiff**              )
                                    )
v.                                  )   Civil Action No. 07-1310 (ESH)
                                    )
MORSE ENTERPRISES LIMITED, INC.)
                                    )
      **Defendant**

### AFFIDAVIT OF NINA L. MEDLOCK

CITY OF WASHINGTON

DISTRICT OF COLUMBIA, to wit:

I HEREBY CERTIFY that on this 28th day of September 2007, before me, the subscriber, a Notary Public of the District of Columbia, personally appeared Nina L. Medlock, a shareholder of Banner & Witcoff, LTD, plaintiff and made oath in due form of law that the matters and facts set forth below are true and made upon her personal knowledge:

    1.    That she is over eighteen (18) years of age; that she is a shareholder of Banner & Witcoff, LTD; and that she is competent to testify to the matters stated herein; and

    2.    That she has read and reviewed the Request for Entry of Default and Application for Judgment attached hereto; and

    3.    That the matters and facts stated in the Request for Entry of Default Application for Judgment are incorporated herein by reference and are true.

    4.    The Defendant is a body corporate and is neither a minor nor an incompetent person.

5.    Defendant failed and/or refused to file a response to the Complaint in the time required after being properly served with the Summons and Complaint in this matter.

6.    The amount of the Plaintiff's claim is for a sum certain, namely, **$284,060.20**, which is the amount due and owing from Defendant to Plaintiff as alleged in the Complaint.

BANNER & WITCOFF, LTD

*/s/ Nina L. Medlock*

Nina L. Medlock, Shareholder

AS WITNESS my hand and Notarial Seal.

District of Columbia : SS
Subscribed and Sworn to before me, in my presence, this 28th day of September, 2007

Notary Public, D.C.
My commission expires 4-14-2010

*/s/ Barbara Frazier*
Notary Public

My Commission Expires:

2