Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BANNER & WITCOFF, LTD

_____

Plaintiff(s)

V.

MORSE ENTERPRISES LIMITED, INC.

Civil Action No.  07-cv-01310-ESH

_____

Defendant(s)

MORSE ENTERPRISES LIMITED, INC.

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served  with summons and copy of the complaint      on      September 04, 2007      , and an affidavit on behalf of the plaintiff having been filed, it is this  1st  day of    October   ,  2007  declared that  defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                /s/ Jackie Francis

Deputy Clerk