UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER & WITCOFF, LTD )<br>)<br>)<br>     **Plaintiff** )<br>)<br>v. )<br>)<br>MORSE ENTERPRISES LIMITED, INC.)<br>)<br>)<br>     **Defendant** | Civil Action No. 07-1310 (ESH) |

### REQUEST FOR THE ENTERING OF A DEFAULT JUDGMENT

Plaintiff, Banner & Witcoff, Ltd., Plaintiff, by Peter F. Axelrad, Matthew S. Evans, III, and Council, Baradel, Kosmerl & Nolan, P.A., its counsel requests this Honorable Court by and through the Clerk of the Court to in accordance with this Court's Rules of Court, Rule 55(a) and (b)(1), to enter a judgment in this case for the amount of $284,060.92 plus costs and for reasons says:

    1.    The Clerk of the Court by the Deputy Clerk entered on October 1, 2007 a default by "declaring that the defendant is in default".

    2.    The Complaint and Affidavit in Support of the Default having been filed Plaintiff attaches hereby an Affidavit showing the liquidated amount due – the actual amount due and requests that this Honorable Court by and through the Clerk enter a judgment for the amount of $284,060.92 plus costs against the Defendant who has been defaulted. Attached is the Affidavit of a proper representative of the plaintiff.

WHEREFORE, Banner & Witcoff, Ltd., Plaintiff, moves this Honorable Court to enter a judgment in the amount of $284,060.92 plus costs.

        Respectfully submitted,

        _____/S/_____
        Peter F. Axelrad
        Bar No. 442431
        Matthew S. Evans, III,
        Bar No. 478556
        Council, Baradel, Kosmerl
        & Nolan, P.A.
        125 West Street, 4th Floor
        Annapolis, Maryland 21401
        Annap. (410) 268-6600
        D.C. (301) 261-2247

        Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER & WITCOFF, LTD )<br>)<br>)<br>    **Plaintiff** )<br>)<br>v. )<br>)<br>MORSE ENTERPRISES LIMITED, INC.)<br>)<br>    **Defendant** | Civil Action No. 07-1310 (ESH) |

### AFFIDAVIT OF ROBERT F. ALTHERR, JR.

CITY OF WASHINGTON

DISTRICT OF COLUMBIA, to wit:

    I HEREBY CERTIFY that on this 3rd day of October, 2007, before me, the subscriber, a Notary Public of the District of Columbia, personally appeared Robert F. Altherr, Jr., a shareholder and Vice President of Banner & Witcoff, LTD, plaintiff and made oath in due form of law that the matters and facts set forth below are true and made upon her personal knowledge:

    1.    That he is over eighteen (18) years of age; that he is a shareholder and Vice President of Banner & Witcoff, LTD; and that he is competent to testify to the matters stated herein; and

    2.    That he has read and reviewed the Request for The Entering of a Default Judgment attached hereto; and

    3.    That the matters and facts stated in the Request for The Entering of a Default Judgment are incorporated herein by reference and are true.

    4.    The Defendant is a body corporate and is neither a minor nor an incompetent person.

5. Defendant failed and/or refused to file a response to the Complaint in the time required after being properly served with the Summons and Complaint in this matter.

6. The amount of the Plaintiff's claim is for a sum certain, namely, **$284,060.92**, which is the amount due and owing from Defendant to Plaintiff as alleged in the Complaint.

7. The amount as asserted in the Complaint is the precise actual amount of the claim herein other than any lawyers fees, interest and costs of this proceeding and that is the actual amount due by the Defendant to the Plaintiff.

BANNER & WITCOFF, LTD

_____
Robert F. Altherr, Jr., Vice President/Shareholder

AS WITNESS my hand and Notarial Seal.

_____
Notary Public

My Commission Expires: 07/31/2009

Shaun Snyu...
Notary Public, District of Columbia
My Commission Expires 07-31-2009