UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MORSE ENTERPRISES LIMITED, INC.,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1310 (ESH) |

## JUDGMENT

Upon review of plaintiff's request for the entering of a default judgment and the Affidavit of Robert F. Altherr, Jr. in support thereof, it is hereby

**ORDERED** that the request [Dkt. # 8] is **GRANTED** and judgment is entered for the plaintiff in the amount of $284,060.92 plus costs.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 9, 2007