IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD.,** : | |
| : | |
| **Plaintiff,** : | |
| : | Civil Action No. 07-1310 (ESH) |
| v. : | Case Assigned to Judge Ellen S. Huvelle |
| : | Next Event: |
| **MORSE ENTERPRISES LIMITED,** : | |
| **INC.,** : | |
| : | |
| **Defendant.** : | |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for Morse Enterprises Limited, Inc., certified that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Morse Enterprises Limited, Inc. which have any outstanding securities in the hands of the public:  None.

Theses representations are made in order that judges of this court may determine the need for recusal.

/s/ Matthew W. Carlson //
Matthew W. Carlson, # 448905
*Attorney of Record for Morse Enterprises Limited, Inc.*