UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER & WITCOFF, LTD. )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>MORSE ENTERPRISES LTD., INC. )<br>)<br>Defendant/Counter-Plaintiff. ) | Civil Action No. 07-1310<br>Judge Ellen S. Huvelle |

**PLAINTIFF/COUNTER DEFENDANT'S CONSENT MOTION
TO RESCHEDULE INITIAL CONFERENCE AND EXTEND
TIME TO RESPOND TO THE COUNTERCLAIM**

Plaintiff/Counter-Defendant Banner & Witcoff, Ltd. ("B&W"), by and through their undersigned counsel, AND WITH THE CONSENT OF ALL PARTIES, respectfully request that this Court enter an Order: (1) extending the time for B&W to respond to the Counterclaim and (2) rescheduling the Initial Conference in this matter, and state as follows:

1.  By Order dated November 5, 2007, Defendant/Counter-Plaintiff Morse Enterprises, Ltd., Inc. ("Morse"), was permitted to late file an Answer and Counterclaim. In the Counterclaim, Morse alleges that B&W committed legal malpractice in connection with their representation of Morse in a complex patent infringement action.

2.  The parties agree that due to the nature and complexity of both the Counterclaim and the underlying action it implicates, cause exists under Rule 6(b) to enlarge by thirty (30) days, until December 26, 2007, the time for B&W to answer or otherwise respond to the Counterclaim.

3.  Further, this Court has set an Initial Scheduling Conference for November 30, 2007. However, counsel for B&W is scheduled to appear as counsel in a disciplinary proceeding in Talbot County, Maryland and is, thus, unavailable on that date.

4.  In light of this conflict, all undersigned counsel have conferred and confirmed availability for a scheduling conference on the following dates and times: (1) December 13, 2007 at 10:00 a.m.; (2) December 17, 2007 at 10:00 a.m.; (3) January 9, 2008 at 10:00 a.m.; and (4) January 18, 2008 at 10:00 a.m.

5.  As evidenced by his endorsement below, counsel for Morse has consented to this Motion and the relief requested herein.

WHEREFORE, Plaintiff/Counter-Defendant Banner & Witcoff, Ltd., with the consent of all parties, respectfully requests that this Court enter an Order:

(1) extending the time for B&W to answer or otherwise respond to the Counterclaim until and including December 26, 2007; and,

(2) continuing the Initial Scheduling Conference from November 30, 2007 to one of the dates listed herein as available to all counsel.

Respectfully submitted:

*[signature: Matthew W. Carlson w/permission]*
Matthew W. Carlson (Bar No. 448905)
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
(202) 289-1133
Fax: (202) 289-0275
*Attorneys for Defendant/Counter-Plaintiff Morse Enterprises Ltd., Inc.*

*[signature: Peter F. Axelrad w/permission]*
Peter F. Axelrad (Bar No. 442431)
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289
Annapolis: (410) 268-6600
Baltimore: (410) 269-6190
Washington: (301) 261-2247
*Attorneys for Plaintiff/Counter-Defendant Banner & Witcoff, Ltd.*

*[signature: Pamela A. Bresnahan]*
Pamela A. Bresnahan (Bar No. 366735)
Nicholas B. Reuhs (Bar No. 500005)
VORYS, SATER, SEYMOUR AND PEASE LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036
(202) 467-8800
Fax: (202) 467-8900
*Attorneys for Plaintiff/Counter-Defendant Banner & Witcoff, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANNER & WITCOFF, LTD. ) | |
| ) | |
|    Plaintiff/Counter-Defendant, ) | |
| ) | Civil Action No. 07-1310 |
| v. ) | Judge Ellen S. Huvelle |
| ) | |
| MORSE ENTERPRISES LTD., INC., ) | |
| ) | |
|    Defendant/Counter-Plaintiff. ) | |

## ORDER

Upon consideration of Plaintiff/Counter-Defendant Banner & Witcoff, Ltd.'s Consent Motion To Reschedule Initial Conference and extend time to respond to the Counterclaim, and the entire record herein, it is hereby:

ORDERED that Plaintiff/Counter-Defendant Banner & Witcoff, Ltd. shall have up to and including December 26, 2007 to answer or otherwise respond to the Counterclaim; and it is further

ORDERED that the Initial Scheduling Conference, scheduled for November 30, 2007, is cancelled; and it is further

ORDERED that an Initial Scheduling Conference is re-scheduled for _____, at _____ .

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date:_____

Copies to:

Matthew Wesley Carlson, Esquire
THOMPSON, O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987

Pamela A. Bresnahan, Esquire
Nicholas B. Reuhs, Esquire
VORYS, SATER, SEYMOUR
AND PEASE LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036

Peter F. Axelrad, Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289