UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD.** ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | **Civil Action No. 07-1310** |
| v. ) | Judge Ellen S. Huvelle |
| ) | |
| **MORSE ENTERPRISES LTD., INC.** ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### JOINT REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LOCAL RULE 16.3

Plaintiff/Counter-Defendant Banner & Witcoff, Ltd. ("Plaintiff") and Defendant/Counter-Plaintiff Morse Enterprises Ltd. Inc. ("Defendant")(collectively, the "Parties"), by and through their undersigned counsel, hereby certify that they have conferred and agreed via e-mail, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 16.3, and therefore submit the following report:

1. DATE TO AMEND PLEADINGS/JOIN PARTIES (Local Civil Rule 16.3(c)(2)): The parties agree that any other parties should be joined and pleadings should be amended on or before May 16, 2008. The parties agree that none of the factual or legal issues can be agreed upon or narrowed at this time absent discovery.

2. MAGISTRATE JUDGE (Local Civil Rule 16.3(c)(3)): The parties agree that the case should not be assigned to a Magistrate judge.

3. SETTLEMENT (Local Civil Rule 16.3(c)(4)): The parties agree that there is a realistic possibility of settling the case and are actively engaged in settlement negotiations.

4. ALTERNATIVE DISPUTE RESOLUTION (Local Civil Rule 16.3(c)(5)): The Parties agree that the case may benefit from the Court's alternative dispute resolution procedures, prior to the institution of discovery.

5. DISPOSITIVE MOTIONS: (Local Civil Rule 16.3(c)(1) & Local Civil Rule 16.3(c)(6)): In the primary claim, Plaintiff has alleged breach of contract by the Defendant. In its counterclaim, Defendant alleges that Plaintiff has committed negligence and breach of contract. Plaintiff believes that both the primary claim and counterclaim may be resolved by Motion for Summary Judgment or other dispositive motions. The Parties propose that dispositive motions should be filed within 30 days after the close of discovery, oppositions to dispositive motions should be filed within 20 days after the corresponding dispositive motion, and replies should be filed within 10 days after the corresponding opposition.

6. INITIAL DISCLOSURES (Local Civil Rule 16.3(c)(7) & Fed. Rule of Civ. Pro. 26(f)(3)(A)): The Parties agree that the requirements of Federal Rule of Civil Procedure 26(a)(1) should be modified to allow the parties until and including April 18, 2008 to comply with the requirements of the Rule 26(a)(1)(A).

7. DISCOVERY (Local Civil Rule 16.3(c)(8), Fed. Rule of Civ. Pro. 26(f)(3)(B), Fed. Rule of Civ. Pro. 26(f)(3)(C), Fed. Rule of Civ. Pro. 26(f)(3)(D), Fed. Rule of Civ. Pro. 26(f)(3)(E) & Fed. Rule of Civ. Pro. 26(f)(3)(F)): The Parties agree that discovery will be needed on both the primary claim and counterclaim. The Parties propose that all discovery be completed on or before August 29, 2008. The parties agree that it is not necessary to place any limitations on discovery in addition to the limitations of the Federal Rules of Civil Procedure and the Local Civil Rules of this Court. The parties

agree that, if requested and discoverable, they will produce electronically stored information in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms. The parties do not believe that is necessary at this time to enter into any agreement regarding claims of privilege or protection or the issuance of any protective order.

8. EXPERT DESIGNATIONS AND REPORTS (Local Civil Rule 16.3(c)(9)): The Parties agree that the exchange of expert witness reports and information required by Federal Rule of Civil Procedure 26(a)(2) should occur as follows: In support of the primary claim, Plaintiff will provide expert witness designations and reports on or before June 27, 2008. In support of its counterclaim, Defendant will provide expert witness designations and reports on or before June 27, 2008. In defense of the respective claims asserted against them, both Parties will provide expert witness designations and reports on or before July 25, 2008. The Parties agree that depositions of experts will likely be necessary and should occur during discovery.

9. CLASS ACTIONS (Local Civil Rule 16.3(c)(10)): Not applicable in this matter

10. BIFURCATION (Local Civil Rule 16.3(c)(11)): The parties agree that discovery and/or trial should not be bifurcated.

11. PRETRIAL CONFERENCE (Local Civil Rule 16.3(c)(12)): The Parties agree that the pretrial conference should be set for December 2008.

12. TRIAL DATE (Local Civil Rule 16.3(c)(13)): The parties agree that a firm trial date should not be set until the pretrial conference.

13. SCHEDULING ORDER (Local Civil Rule 16.3(d) & Fed. Rule of Civ. Pro. 16(b)(1)(A)): A proposed Scheduling Order is attached hereto.

Respectfully submitted:

*Matthew W. Carlson/pab*
Matthew W. Carlson (Bar No. 448905)
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
(202) 289-1133
Fax: (202) 289-0275
*Attorneys for Defendant/Counter-Plaintiff*
*Morse Enterprises Ltd., Inc.*

*Peter F. Axelrad/pab*
Peter F. Axelrad (Bar No. 442431)
COUNCIL, BARADEL, KOSMERL &
NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289
Annapolis: (410) 268-6600
Baltimore: (410) 269-6190
Washington: (301) 261-2247
*Attorneys for Plaintiff/Counter-Defendant*
*Banner & Witcoff, Ltd.*

*Pamela A. Bresnahan*
Pamela A. Bresnahan (Bar No. 366735)
Nicholas B. Reuhs (Bar No. 500005)
VORYS, SATER, SEYMOUR
AND PEASE LLP
1828 L Street, N.W., 11th Floor
Washington, D.C. 20036
(202) 467-8800
Fax: (202) 467-8900
*Attorneys for Plaintiff/Counter-*
*Defendant Banner & Witcoff, Ltd.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BANNER & WITCOFF, LTD.        )
                              )
   Plaintiff/Counter-Defendant, )
                              )   Civil Action No. 07-1310
v.                            )   Judge Ellen S. Huvelle
                              )
MORSE ENTERPRISES LTD., INC.  )
                              )
   Defendant/Counter-Plaintiff. )

**PROPOSED SCHEDULING ORDER**

Upon consideration of the Parties' Joint Report and the entire record herein, it is hereby ORDERED that the following deadlines are set in the above-referenced matter:

| | |
|---|---|
| Rule 26(a)(1) Initial Disclosures due: | April 18, 2008 |
| Deadline for amending complaint and/or joining additional parties: | May 16, 2008 |
| Plaintiff's Rule 26(a)(2) Designations in support of primary claim due: | June 27, 2008 |
| Defendant's Rule 26(a)(2) Designations in support of counterclaim due: | June 27, 2008 |
| Plaintiff's Rule 26(a)(2) Designations in defense of counterclaim due: | July 25, 2008 |
| Defendant's Rule 26(a)(2) Designations in defense of primary claim due: | July 25, 2008 |
| Close of all discovery: | August 29, 2008 |
| Dispositive Motions due: | September 29, 2008 |
| Responses to Dispositive Motions due: | October 20, 2008 |
| Replies in support of Dispositive Motions due: | October 30, 2008 |
| Pretrial Conference: | December 2008 |

2

                                            ELLEN SEGAL HUVELLE
                                            United States District Judge

Date:_____

Copies to:

Matthew Wesley Carlson, Esquire
THOMPSON, O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987

Pamela A. Bresnahan, Esquire
Nicholas B. Reuhs, Esquire
VORYS, SATER, SEYMOUR
AND PEASE LLP
1828 L Street, N.W., 11th Floor
Washington, D.C. 20036

Peter F. Axelrad, Esquire
COUNCIL, BARADEL, KOSMERL & NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289