UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BANNER & WITCOFF, LTD.**       )<br>                                                          )<br>    **Plaintiff/Counter-Defendant,**  )<br>                                                          )<br>    v.                                                  )<br>                                                          )<br>**MORSE ENTERPRISES LTD., INC.**  )<br>                                                          )<br>    **Defendant/Counter-Plaintiff.**   ) | Civil Action No. 07-1310<br>Judge Ellen S. Huvelle |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff/Counter-Defendant Banner & Witcoff, Ltd., and Defendant/Counter-Plaintiff Morse Enterprises Limited, Inc., by and through their undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that all claims and counter-claims asserted in the above-captioned suit shall be dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Respectfully submitted:

_____
Matthew W. Carlson (Bar No. 448905)
THOMPSON O'DONNELL, LLP
1212 New York Avenue, NW
Suite 1000
Washington, DC 20005-3987
(202) 289-1133
Fax: (202) 289-0275
*Attorneys for Defendant/Counter-Plaintiff Morse Enterprises Ltd., Inc.*

_____
Pamela A. Bresnahan (Bar No. 366735)
Nicholas B. Reuhs (Bar No. 500005)
VORYS, SATER, SEYMOUR
AND PEASE LLP
1828 L Street, N.W., 11th Floor
Washington, D.C. 20036
(202) 467-8800
Fax: (202) 467-8900
*Attorneys for Plaintiff/Counter-Defendant Banner & Witcoff, Ltd.*

*Peter F. Axelrad/NBR*
Peter F. Axelrad (Bar No. 442431)
COUNCIL, BARADEL, KOSMERL &
NOLAN, P.A.
125 West Street, Fourth Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289
Annapolis: (410) 268-6600
Baltimore: (410) 269-6190
Washington: (301) 261-2247
*Attorneys for Plaintiff/Counter-Defendant*
*Banner & Witcoff, Ltd.*